U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Roscoe Rock and Sand, Inc. | FILED: JULY 18, 2008 |
| v. | 08CV4091 |
| International Union of Operating Engineers, Local 150, AFL-CIO | JUDGE HART |
| | MAGISTRATE JUDGE MASON |
| | RCC |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, Roscoe Rock and Sand, Inc.

| NAME (Type or print) |
|---|
| Frederick L. Schwartz |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Frederick L. Schwartz |
| FIRM |
| Littler Mendelson, P.C. |
| STREET ADDRESS |
| 200 N. LaSalle Street, Suite 2900 |
| CITY/STATE/ZIP |
| Chicago, IL 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06204341 | (312) 372-5520 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐