## *United States District Court for the Northern District of Illinois*

Case Number: 08CV4091    Assigned/Issued By: DAJ

Judge Name: HART    Designated Magistrate Judge: MASON

**FEE INFORMATION**

*Amount Due:*  ☑ $350.00    ☐ $39.00    ☐ $5.00
             ☐ IFP        ☐ No Fee    ☐ Other _____
             ☐ $455.00

Number of Service Copies _____    Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00    Receipt #: 2945817

Date Payment Rec'd: 07/18/08    Fiscal Clerk: DAJ

**ISSUANCES**

☑ Summons                              ☐ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____
                                       _____
☐ Citation to Discover Assets          (Victim, Against and $ Amount)

☐ Writ _____
       (Type of Writ)

1  Original and  0  copies on  07/18/08  as to  INTERNATIONAL
                                (Date)
UNION OF OPERATING ENGINEERS.
_____

C:\wpwin80\docket\feeinfo.frm    03/14/05