IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ROSCOE ROCK AND SAND INC.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 150, AFL-CIO,<br><br>　　　　　Defendant. | No. 08-cv-4091<br><br><br><br>Hon. Judge Hart<br>Magistrate Judge Mason |

### NOTICE OF MOTION

TO:

　　Bryan Diemer, Counsel for Defendant
　　IUOE, Local 150, AFL-CIO
　　6140 Joliet Road
　　Countryside, IL 60525
　　E-mail: bdiemer@local150.org
　　Fax: (708) 588-1647

　　**PLEASE TAKE NOTICE** that on July 30, 2008 at 11:00 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the **Honorable Judge Hart, or any judge sitting in his stead, in the courtroom 2243, usually occupied by him, at 219 South Dearborn Street, Chicago, Illinois 60604,** and then and there present the attached Motion for Preliminary Injunction to Stay Arbitration.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　ROSCOE ROCK AND SAND, INC.

　　　　　　　　　　　　　　　　　　By: /s/ Frederick L. Schwartz
　　　　　　　　　　　　　　　　　　　　　One of Its Attorneys

Frederick L. Schwartz (#6204341)
Littler Mendelson, P.C.
200 N. LaSalle Street, Suite 2900
Chicago, IL 60601
312.372.5520


Dated: July 23, 2008

## CERTIFICATE OF SERVICE

I, Fred L. Schwartz, an attorney hereby certify that on July 23, 2008, a copy of the foregoing MOTION FOR PRELIMINARY INJUNCTION TO STAY ARBITRATION was filed electronically, using the CM/ECF System, and notification of such motion was sent to the following attorney of record via electronic mail and facsimile.

Bryan Diemer, Counsel for Defendant
IUOE, Local 150, AFL-CIO
6140 Joliet Road
Countryside, IL 60525
E-mail: bdiemer@local150.org
Fax: (708) 588-1647

/s/ Frederick L. Schwartz