AQ 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

ROSCOE ROCK AND SAND, INC.

          Plaintiff,

    V.

INTERNATIONAL UNION OF OPERATING ENGINEERS,
LOCAL 150, AFL-CIO,

          Defendant.

CASE NUMBER: 08-cv-4091

ASSIGNED JUDGE: Hart

DESIGNATED
MAGISTRATE JUDGE: Mason

TO: (Name and address of Defendant)

International Union of Operating Engineers, Local 150, AFL-CIO
Care of: Bryan Diemer
6140 Joliet Road
Countryside, IL 60535

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Frederick L. Schwartz
Littler Mendelson, P.C.
200 N. LaSalle Street, Suite 2900
Chicago, IL 60601

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_Nadine Girley_ (signature)

(By) DEPUTY CLERK

July 18, 2008

Date



AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | 7/22/08 |
| NAME OF SERVER *(PRINT)* Allison List | TITLE | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

(☐) Other (specify): __By Agreement via E-Mail__

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __7/22/08__  __Allison List__
Date  Signature of Server

__200 N. LaSalle St., Suite 2900, Chicago, IL 60601__
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2008, I electronically filed the foregoing SUMMONS IN CASE NO. 08-CV-4091 with the Clerk of the Court using the CM/ECF system. I hereby certify that a copy of the above SUMMONS has been sent by electronic mail and a copy mailed by the United States Postal Service to the following party:

IUOE, Local 150, AFL-CIO
c/o Bryan Diemer, Counsel for Defendant
6140 Joliet Road
Countryside, IL 60525
E-mail: bdiemer@local150.org

Respectfully submitted,

/s/ Frederick L. Schwartz
    Frederick L. Schwartz (#06204341)
    Attorney for Plaintiff
    Littler Mendelson, P.C.
    200 N. LaSalle Street, Suite 2900
    Chicago, IL 60601
    E-Mail: fschwartz@littler.com