**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Roscoe Rock and Sand Inc.

                    Plaintiff,

v.                                            Case No.:
                                            1:08−cv−04091

                                            Honorable William T. Hart

International Union of Operating Engineers, Local 150, AFL−CIO

                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, July 28, 2008:

      MINUTE entry before the Honorable William T. Hart:Motion hearing set for 7/30/2008 is stricken. Plaintiff's motion for a preliminary injunction to stay arbitration [7] is withdrawn.Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.