IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ROSCOE ROCK AND SAND, INC. ) | |
| ) | |
| Plaintiff, ) | Case No. 08-cv-4091 |
| ) | |
| v. ) | Judge Hart |
| ) | Magistrate Judge Mason |
| INTERNATIONAL UNION OF OPERATING ) | |
| ENGINEERS, LOCAL 150, AFL-CI0 ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF MOTION

TO:   Fredrick L. Schwartz
　　　Alan A. Satyr
　　　LITTLER MENDELSON, PC
　　　200 N. LaSalle Street
　　　Suite 2900
　　　Chicago, Illinois 60601

　　　PLEASE TAKE NOTICE that on the 13th day of August, 2008 at 11:00 a.m., or as soon thereafter as counsel can be heard, we shall appear before the Honorable William Hart of the United States District Court for the Northern District of Illinois, Eastern Division, in Courtroom 2243, 219 South Dearborn Street, Chicago, IL, and then and there present Local 150's Motion to Dismiss. A copy of said motion was previously filed with the Court.

Date: August 11, 2008　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　INTERNATIONAL UNION OF OPERATING ENGINEERS,
　　　　　　　　　　　　　　　　　　　LOCAL 150, AFL-CIO

　　　　　　　　　　　　　　　　　　　By:   s/Bryan P. Diemer
　　　　　　　　　　　　　　　　　　　　　　One of the Attorneys for Defendant Local 150

Dale D. Pierson
Bryan P. Diemer
IUOE LOCAL 150
LEGAL DEPARTMENT
6140 Joliet Road
Countryside, IL  60525
Ph. 708/579-6663; Fx. 708/588-1647

## CERTIFICATE OF SERVICE

      The undersigned, an attorney of record, hereby certifies that he electronically filed Notice of Motion with the Clerk of Court using the CM/CM/ECF system, which sent notification to the following:

Fredrick L. Schwartz
Alan A. Satyr
LITTLER MENDELSON, PC
200 N. LaSalle Street
Suite 2900
Chicago, Illinois 60601

                                By:   s/Bryan P. Diemer
                                       One of the Attorneys for Defendant Local 150

Dale D. Pierson
Bryan P. Diemer
IUOE LOCAL 150
LEGAL DEPARTMENT
6140 Joliet Road
Countryside, IL  60525
Ph. 708/579-6663
Fx. 708/588-1647