**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case Number: 08cv4091

Roscoe Rock and Sand, Inc.,

vs.

International Union of Operating Engineers, Local 150, AFL-CIO

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

Defendant, International Union of Operating Engineers, Local 150, AFL-CIO

| | |
|---|---|
| NAME (Type or print) Bryan P. Diemer | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)   s/Bryan P. Diemer | |
| FIRM   International Union of Operating Engineers, Local 150, AFL-CIO Legal Department | |
| STREET ADDRESS   6140 Joliet Road | |
| CITY/STATE/ZIP   Countryside IL 60525 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)   6269637 | TELEPHONE NUMBER 708-579-6663 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")   No | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")   No | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")   No | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N") Yes | |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.   RETAINED COUNSEL            APPOINTED COUNSEL | |